FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
   JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, June 10, 2015

BOBBY DEWAYNE EVANS
TDC# 1868660
STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705

District Attorney Jefferson County
Bob Wortham
1001 Pearl St., 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

**Re:** EVANS, BOBBY DEWAYNE
**CCA No.** PD-0489-15
**Trial Court Case No.** 12-14438

**COA No.** 01-13-00593-CR

The attached order was issued in the above case number.

Sincerely,

Abel Acosta, Clerk

cc:   Lisa McMinn (DELIVERED VIA E-MAIL)
1st Court Of Appeals Clerk (DELIVERED VIA E-MAIL)